## COURT OF APPEALS.

*Decisions, April Term*, 1848, *at the City Hall in the City of New York.*

CORNELIA DODGE, appellant, vs. RALPH MANNING and others, respondents.—*Decree of the Chancellor modified.* N. HILL, Jr., for appellant; M. T. REYNOLDS, for respondents.

This was a case involving the construction of a will in regard to the charge and lien of a legacy, and the time when, and by whom it should be paid. (Reported, 1 Comstock, 298.)

THE MUTUAL INSURANCE COMPANY of the city and county of Albany, plaintiffs in error, vs. NICHOLAS CONOVER, defendant in error.—*Judgment affirmed.* R. W. PECKHAM, for plaintiffs in error; M. T. REYNOLDS, for defendant in error.

This was a question as to the authority of the secretary of an insurance company to give a written consent to the assured to assign his interest in the policy, &c. Also a question, as to a bill of exceptions in reviewing the decision of a circuit judge, disregarding a variance between the declaration and proof. (Reported, 1 Comstock, 290.)